

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-17-00110-CR**

**IN RE KELLY LEE DICKEY**

_____

**Original Proceeding**

---

**MEMORANDUM  OPINION**

---

Relator Kelly Lee Dickey filed a petition for writ of mandamus on April 3, 2017.

In the petition, Relator asks this Court to issue an order directing the trial court to make

a ruling on his "motion to reopen time to file appeal."  Relator did not provide this Court

with a copy of the motion.  _See_ TEX.R.APP.P. 52.7.  Accordingly, Relator's petition for writ

of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed April 19, 2017

